# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Schultz, David T. | U.S. District Court for the District of Minnesota | 07/24/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge (FT) | ☐ Nomination    Date <br> ☐ Initial    ☑ Annual    ☐ Final <br> 5b. ☐ Amended Report | 01/01/2019 **to** 12/31/2019 |

**7. Chambers or Office Address**

United States District Court
9E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2017 | Retirement savings plan with Maslon (former employer) |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | Fairview Health Systems (salary) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schultz, David T. | 07/24/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Schultz, David T.** | 07/24/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Individual Assets (H) | | | | | | | | | |
| 2. BMO Harris (cash) (X) | C | Interest | O | T | | | | | |
| 3. Hiway Federal Credit Union (cash) (X) | A | Interest | J | T | | | | | |
| 4. Tri Enterprises, LLC (approx. 2% interest) (X) | | None | K | U | | | | | |
| 5. IRA #1 (H) | | | | | | | | | |
| 6. UBS BANK USA DEP ACCT (cash) | A | Interest | K | T | | | | | |
| 7. ADOBE SYSTEMS INC (DELAWARE) (ADBE) | | None | K | T | Buy (add'l) | 01/11/19 | J | | |
| 8. | | | | | Buy (add'l) | 09/24/19 | J | | |
| 9. ALPHABET INC CL A (GOOGL) | | None | K | T | Sold (part) | 01/11/19 | J | A | |
| 10. | | | | | Sold (part) | 09/24/19 | J | A | |
| 11. ALPHABET IN CL C (GOOG) | | None | K | T | Sold (part) | 01/11/19 | J | A | |
| 12. | | | | | Sold (part) | 09/24/19 | J | A | |
| 13. AMAZON.COM INC (AMZN) | | None | K | T | Buy (add'l) | 01/11/19 | J | | |
| 14. | | | | | Buy (add'l) | 09/24/19 | J | | |
| 15. CONSTELLATION BRANDS INC (STZ) | A | Dividend | K | T | Buy | 01/11/19 | K | | |
| 16. | | | | | Buy (add'l) | 09/24/19 | J | | |
| 17. LOREAL CO ADR FRANCE ADR (LRLCY) | A | Dividend | K | T | Buy (add'l) | 01/11/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Schultz, David T.** | 07/24/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | | | | | | Sold<br>(part) | 09/24/19 | J | A | |
| 19. | MICROSOFT CORP (MSFT) | A | Dividend | K | T | Buy<br>(add'l) | 01/11/19 | J | | |
| 20. | | | | | | Sold<br>(part) | 09/24/19 | J | B | |
| 21. | VISA INC CL A (V) | A | Dividend | K | T | Sold<br>(part) | 01/11/19 | J | A | |
| 22. | | | | | | Buy<br>(add'l) | 12/30/19 | J | | |
| 23. | CONSUMER DISCRETIONARY SELECT SECTOR SPDR FUND ETF (XLY) | A | Dividend | K | T | | | | | |
| 24. | FINANCIAL SELECT SECTOR SPDR FUND ETF (XLF) | A | Dividend | K | T | Buy<br>(add'l) | 01/11/19 | J | | |
| 25. | HEALTH CARE SELECT SECTOR SPDR FUND ETF (XLV) | A | Dividend | K | T | Buy<br>(add'l) | 01/11/19 | J | | |
| 26. | | | | | | Buy<br>(add'l) | 09/24/19 | J | | |
| 27. | INDUSTRIAL SELECT SECTOR SPDR FUND ETF (XLI) | A | Dividend | K | T | Buy<br>(add'l) | 01/11/19 | J | | |
| 28. | | | | | | Buy<br>(add'l) | 12/30/19 | J | | |
| 29. | ISHARES RUSSELL 2000 ETF (IWM) | A | Dividend | K | T | Buy<br>(add'l) | 01/11/19 | J | | |
| 30. | | | | | | Buy<br>(add'l) | 09/24/19 | J | | |
| 31. | VANGUARD TOTAL STOCK MKT ETF (VTI) | A | Dividend | K | T | Buy<br>(add'l) | 09/24/19 | J | | |
| 32. | VANGUARD S&P 500 ETF (VOO) | A | Dividend | K | T | | | | | |
| 33. | VANGUARD FTSE PAC ETF (VPL) | A | Dividend | K | T | Buy<br>(add'l) | 01/11/19 | J | | |
| 34. | HARTFORD SCHRODERS EMERGING MKTS EQUITY FUND (SEMNX) | A | Dividend | K | T | Buy<br>(add'l) | 01/11/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schultz, David T. | 07/24/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  ISHARES TIPS BOND ETF (TIP) | A | Dividend | J | T | Sold (part) | 01/11/19 | J | | |
| 36.  PIMCO ENHANCED SHORT MAT ACTIVE EXCHANGE TRADED FD (MINT) | A | Dividend | K | T | Buy | 08/02/19 | J | | |
| 37. | | | | | Buy (add'l) | 08/16/19 | K | | |
| 38. | | | | | Buy (add'l) | 09/24/19 | J | | |
| 39. | | | | | Sold (part) | 12/30/19 | K | | |
| 40.  SCHWAB US TIPS ETF (SCHP) | A | Dividend | J | T | Buy | 08/02/19 | J | | |
| 41.  ANGEL OAK FINANCIAL INCOME FUND (ANFIX) | A | Dividend | K | T | Buy (add'l) | 01/10/19 | J | | |
| 42. | | | | | Buy (add'l) | 09/24/19 | J | | |
| 43.  BNY MELLON GLOBAL FIXED INCOME FUND (SDGIX) | A | Dividend | L | T | Buy (add'l) | 01/11/19 | K | | |
| 44. | | | | | Buy (add'l) | 09/24/19 | J | | |
| 45.  EATON VANCE SHORT DURATION GOV'T INCOME FUND (EILDX) | A | Dividend | K | T | Buy (add'l) | 01/10/19 | J | | |
| 46. | | | | | Buy (add'l) | 09/24/19 | J | | |
| 47.  PGIM TOTAL RETURN BOND FUND (PDBZX) | C | Dividend | K | T | Buy (add'l) | 01/11/19 | J | | |
| 48. | | | | | Buy (add'l) | 09/24/19 | J | | |
| 49.  PIMCO PREFERRED AND CAPITAL SECURITIES FUND CLASS I2 (PFPNX) | B | Dividend | K | T | Buy (add'l) | 01/11/19 | J | | |
| 50.  SPDR GOLD SHARES ETF DE (GLD) | | None | K | T | Sold (part) | 01/11/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schultz, David T. | 07/24/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. | | | | | Sold (part) | 09/24/19 | J | A | |
| 52. | | | | | Buy (add'l) | 12/30/19 | J | | |
| 53. BANK OF AMERICA CORP (BAC) | A | Dividend | | | Sold (part) | 01/11/19 | J | A | |
| 54. | | | | | Sold (part) | 08/02/19 | J | C | |
| 55. | | | | | Sold | 09/24/19 | J | B | |
| 56. SPDR S&P HEALTH CARE EQUIPMENT ETF (XHE) | A | Dividend | | | Sold | 08/05/19 | J | B | |
| 57. VANGUARD FTSE ALL WORLD EX-US ETF (VEU) | | None | | | Sold | 01/11/19 | J | A | |
| 58. VANGUARD DEVELOPED MARKETS INDEX FUND ADMIRAL (VTMGX) | A | Dividend | | | Buy (add'l) | 01/11/19 | J | | |
| 59. | | | | | Sold | 08/02/19 | K | B | |
| 60. EV MULTISECTOR INCOME FUND (EVBIX) | A | Dividend | | | Buy (add'l) | 01/10/19 | J | | |
| 61. | | | | | Sold | 08/16/19 | K | B | |
| 62. IRA #2 (H) | | | | | | | | | |
| 63. UBS BANK USA DEP ACCT (CASH) (X) | A | Interest | K | T | | | | | |
| 64. JPMORGAN CHASE FINANCIAL CT-GEARS RTY 09/30/2020 | | None | K | T | | | | | |
| 65. HSBC USA INC CT-GEARS EEM 09/30/2020 | | None | K | T | | | | | |
| 66. CITIGROUP GLOBAL MARKETS CT-GEARS RTY 01/29/2021 | | None | K | T | | | | | |
| 67. GS FINANCE CORP CT-GEARS EEM 02/26/2021 | | None | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Schultz, David T.** | 07/24/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 68. JPMORGAN CHASE FINANCIAL CT-GEARS RTY 04/30/2021 | | None | K | T | | | | | |
| 69. GS FINANCE CORP CT-GEARS RTY 08/31/2021 | | None | J | T | | | | | |
| 70. CITIGROUP GLOBAL MARKETS L/O TA-CYN MXEA RTY 02/02/2023 | B | Dividend | K | T | | | | | |
| 71. SKYBRIDGE MULTI-ADVISER HEDGE FD PORTFOLIOS LLC SER A/O | B | Dividend | L | T | | | | | |
| 72. ABBEY CAPITAL MULTI-MANAGER FUND LTD | | None | K | T | | | | | |
| 73. CITIGROUP GLOBAL MARKETS CB-GEARS SPX 08/30/2019 | | None | | | Redeemed | 08/30/19 | K | C | |
| 74. IRA #3 (H) | | | | | | | | | |
| 75. UBS BANK USA DEP ACCT (cash) | A | Interest | K | T | | | | | |
| 76. ACCENTURE PLC IRELAND CL A (ACN) | A | Dividend | J | T | | | | | |
| 77. ALLERGAN PLC (AGN) | A | Dividend | J | T | | | | | |
| 78. ALPHABET INC CL A (GOOGL) | | None | K | T | | | | | |
| 79. AMERICA TOWER CORP REIT (AMT) | A | Dividend | J | T | | | | | |
| 80. APPLE INC (AAPL) | A | Dividend | J | T | | | | | |
| 81. BROOKS AUTOMATION INC (BRKS) | A | Dividend | J | T | | | | | |
| 82. CHEVRON CORP (CVX) | A | Dividend | J | T | | | | | |
| 83. COGNEX CORP (CGNX) | A | Dividend | J | T | | | | | |
| 84. EDWARDS LIFESCIENCES CORP (EW) | | None | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Schultz, David T.** | 07/24/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 85. FACEBOOK INC CL A (FB) | | None | J | T | | | | | |
| 86. INTEL CORP (INTC) | A | Dividend | J | T | | | | | |
| 87. INTERCONTINENTAL EXCHANGE GROUP (ICE) | A | Dividend | J | T | | | | | |
| 88. JPMORGAN CHASE & CO (JPM) | A | Dividend | K | T | | | | | |
| 89. LAUDER ESTEE COS CL A DE (EL) | A | Dividend | J | T | | | | | |
| 90. LULULEMON ATHLETICA INC (LULU) | | None | K | T | | | | | |
| 91. MEDTRONIC PLC (MDT) | A | Dividend | J | T | | | | | |
| 92. MICROCHIP TECHNOLOGY INC (MCHP) | A | Dividend | J | T | | | | | |
| 93. MICROSOFT CORP (MSFT) | A | Dividend | K | T | | | | | |
| 94. MONDELEZ INTL INC DE (MDLZ) | A | Dividend | J | T | | | | | |
| 95. PALO ALTO NETWORKS INC (PANW) | | None | J | T | | | | | |
| 96. PAYPAL HOLDINGS INC (PYPL) | | None | K | T | | | | | |
| 97. PEPSICO INC (PEP) | A | Dividend | J | T | | | | | |
| 98. PROCTER & GAMBLE CO (PG) | A | Dividend | J | T | | | | | |
| 99. PULTE GROUP INC DE (PHM) | A | Dividend | J | T | | | | | |
| 100. THERMO FISHER SCIENTIFIC INC (TMO) | A | Dividend | J | T | | | | | |
| 101. VISA INC CL A (V) | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schultz, David T. | 07/24/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 102.   WALT DISNEY CO DISNEY COM (DIS) | A | Dividend | J | T | | | | | |
| 103.   3M CO (MMM) | A | Dividend | J | T | | | | | |
| 104.   ISHARES RUSSELL 2000 GROWTH ETF (IWO) | A | Dividend | K | T | | | | | |
| 105.   SPDR S&P AEROSPACE & DEFENSE ETF (XAR) | A | Dividend | J | T | | | | | |
| 106.   VANECK VECTORS MORNINGSTAR WIDE MOAT ETF (MOAT) | A | Dividend | K | T | | | | | |
| 107.   VANGUARD S&P 500 ETF (VOO) | A | Dividend | J | T | | | | | |
| 108.   SCHLUMBERGER LTD NETHERLANDS ANTILLES (SLB) | A | Dividend | | | Sold | 10/09/19 | J | | |
| 109.   IRA #4 (H) | | | | | | | | | |
| 110.   UBS BANK USA DEP ACCT (cash) | A | Interest | J | T | | | | | |
| 111.   ALIBABA GROUP HLDG LTD SPON ADR (BABA) | | None | J | T | Buy (add'l) | 01/28/19 | J | | |
| 112.   AMAZON.COM INC (AMZN) | | None | K | T | Buy (add'l) | 01/28/19 | J | | |
| 113.   BIOXCEL THERAPEUTICS INC (BTAI) | | None | K | T | Buy | 01/28/19 | J | | |
| 114.   BROADCOM LTD (AVGO) | A | Dividend | K | T | Buy (add'l) | 01/28/19 | J | | |
| 115.   CONAG RA BRANDS, INC. DE (CAG) | A | Dividend | J | T | Buy | 01/28/19 | J | | |
| 116. | | | | | Buy (add'l) | 10/16/19 | J | | |
| 117.   CONSTELLATION BRANDS INC (STZ) | A | Dividend | J | T | Buy | 01/28/19 | J | | |
| 118. | | | | | Buy (add'l) | 10/16/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Schultz, David T.** | 07/24/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 119.  DANAHER CORP (DHR) | A | Dividend | J | T | | | | | |
| 120.  EXPEDIA INC (EXPE) | A | Dividend | J | T | Buy (add'l) | 01/28/19 | J | | |
| 121.  FORTIVE CORP (FTV) | A | Dividend | J | T | Buy | 01/28/19 | J | | |
| 122.  IAC INTERACTIVE CORP (IAC) | | None | J | T | | | | | |
| 123.  INTERCONTINENTAL EXCHANGE GROUP (ICE) | A | Dividend | J | T | Buy (add'l) | 01/28/19 | J | | |
| 124.  INTUITIVE SURGICAL INC (ISRG) | | None | J | T | Buy (add'l) | 01/28/19 | J | | |
| 125.  KLA-TENCOR CORP (KLAC) | A | Dividend | J | T | Buy (add'l) | 01/28/19 | J | | |
| 126.  MARATHON PETROLEUM CO (MPC) | A | Dividend | J | T | | | | | |
| 127.  NVIDIA CORP (NVDA) | A | Dividend | K | T | Buy (add'l) | 01/28/19 | J | | |
| 128. | | | | | Sold (part) | 10/16/19 | J | A | |
| 129.  OLLIE'S BARGAIN OUTLET HOLDI (OLLI) | | None | J | T | Buy | 10/16/19 | J | | |
| 130.  SERVICE CORP INTL (SCI) | A | Dividend | J | T | Buy (add'l) | 01/28/19 | J | | |
| 131.  SKYWORKS SOLUTIONS INC (SWKS) | A | Dividend | J | T | Buy | 01/28/19 | J | | |
| 132.  TAKE-TWO INTERACTIVE SOFTWARE (TTWO) | | None | J | T | Buy (add'l) | 01/28/19 | J | | |
| 133.  UNTD TECHNOLOGIES CORP (UTX) | A | Dividend | J | T | Buy (add'l) | 01/28/19 | J | | |
| 134.  ISHARES RUSSELL 2000 GROWTH ETF (IWO) | A | Dividend | J | T | Buy (add'l) | 01/28/19 | J | | |
| 135.  ISHARES US AEROSPACE & DEFENSE ETF (ITA) | A | Dividend | J | T | Buy (add'l) | 01/28/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schultz, David T. | 07/24/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 136. VANECK VECTORS SEMICONDUCTOR (SMH) | A | Dividend | J | T | Buy (add'l) | 01/28/19 | J | | |
| 137. | | | | | Sold (part) | 01/28/19 | J | A | |
| 138. VANGUARD TOTAL WORLD STK ETF (VT) | | None | | | Sold | 01/28/19 | J | | |
| 139. CIGNA CORP (CI) | | None | | | Sold | 01/28/19 | J | A | |
| 140. CITIGROUP INC (C) (Y) | | | | | | | | | |
| 141. INTERNATIONAL FLAVORS & FRAGRANCES (IFF) | A | Dividend | | | Sold | 01/28/19 | J | | |
| 142. LEAR CORP COM NEW (LEA) | A | Dividend | | | Buy (add'l) | 01/28/19 | J | | |
| 143. | | | | | Sold | 10/16/19 | J | | |
| 144. MCKESSON CORP (MCK) | A | Dividend | | | Sold | 01/28/19 | J | | |
| 145. PVH CORP COM (PVH) | A | Dividend | | | Buy (add'l) | 01/28/19 | J | | |
| 146. | | | | | Sold | 08/05/19 | J | | |
| 147. TJX COS INC NEW (TJX) | | None | | | Sold | 01/28/19 | J | C | |
| 148. ROBO GLOBAL ROBOTICS & AUT INDEX ETF DE (ROBO) | | None | | | Sold | 08/05/19 | J | | |
| 149. IRA #5 (H) | | | | | | | | | |
| 150. UBS BANK USA DEP ACCT (cash) | A | Interest | K | T | | | | | |
| 151. ABB LTD SPON ADR (ABB) | A | Dividend | J | T | Buy | 12/12/19 | J | | |
| 152. ALLY FINANCIAL INC (ALLY) | A | Dividend | J | T | Buy | 01/17/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schultz, David T. | 07/24/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 153. AMER EXPRESS CO (AXP) | A | Dividend | J | T | Buy | 01/17/19 | J | | |
| 154. BLACKROCK INC DE (BLK) | A | Dividend | J | T | Sold<br>(part) | 01/17/19 | J | | |
| 155. BOEING COMPANY (BA) | A | Dividend | J | T | Buy | 01/17/19 | J | | |
| 156. CHEVRON CORP (CVX) | A | Dividend | J | T | Buy | 01/17/19 | J | | |
| 157. HEALTHCARE TR AMER INC NEW<br>REIT CL A (HTA) | A | Dividend | J | T | Buy | 01/17/19 | J | | |
| 158. HOME DEPOT INC (HD) | A | Dividend | K | T | Buy<br>(add'l) | 01/17/19 | J | | |
| 159. HONEYWELL INTL INC (HON) | A | Dividend | J | T | | | | | |
| 160. INTEL CORP (INTC) | A | Dividend | J | T | | | | | |
| 161. JOHNSON & JOHNSON COM (JNJ) | A | Dividend | K | T | Buy<br>(add'l) | 01/17/19 | J | | |
| 162. LINDE PLC (LIN) | A | Dividend | K | T | | | | | |
| 163. LOCKHEED MARTIN CORP (LMT) | A | Dividend | K | T | Sold<br>(part) | 01/17/19 | J | A | |
| 164. MCDONALDS CORP (MCD) | A | Dividend | J | T | | | | | |
| 165. MEDTRONIC PLC (MDT) | A | Dividend | J | T | Buy<br>(add'l) | 01/17/19 | J | | |
| 166. MONDELEZ INTL INC (MDLZ) | A | Dividend | J | T | Buy | 01/17/19 | J | | |
| 167. NEXTERA ENERGY INC COM (NEE) | A | Dividend | K | T | | | | | |
| 168. PEPSICO INC (PEP) | A | Dividend | J | T | | | | | |
| 169. STARBUCKS CORP (SBUX) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schultz, David T. | 07/24/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 170. TAIWAN SEMICONDUCTOR MFG CO LTD ADR (TSM) | A | Dividend | K | T | | | | | |
| 171. TEXAS INSTRUMENTS (TXN) | A | Dividend | J | T | Sold<br>(part) | 01/17/19 | J | B | |
| 172. TRUIST FINL CORP (TFC) | A | Dividend | J | T | Buy<br>(add'l) | 01/17/19 | J | | |
| 173. VF CORP (VFC) | A | Dividend | J | T | Buy<br>(add'l) | 01/17/19 | J | | |
| 174. SPDR S&P DIVIDEND ETF (SDY) | A | Dividend | K | T | | | | | |
| 175. VANGUARD VALUE ETF (VTV) | A | Dividend | K | T | | | | | |
| 176. VANGUARD DIVID APPRECIATION ETF (VIG) | A | Dividend | K | T | | | | | |
| 177. CME GROUP INC (CME) | | None | | | Sold | 01/17/19 | J | D | |
| 178. SUNCOR ENERGY INC (SU) | | None | | | Sold | 08/05/19 | J | | |
| 179. 3M CO (MMM) | A | Dividend | | | Sold | 12/12/19 | J | A | |
| 180. UNTD TECHNOLOGIES CORP (UTX) | | None | | | Sold | 01/17/19 | J | | |
| 181. IRA #6 (H) | | | | | | | | | |
| 182. ADOBE SYSTEMS INC (DELAWARE) (ADBE) | | None | J | T | | | | | |
| 183. ALPHABET INC CL A (GOOGL) | | None | J | T | Sold<br>(part) | 01/09/19 | J | A | |
| 184. ALPHABET INC CL C (GOOG) | | None | J | T | Sold<br>(part) | 01/09/19 | J | A | |
| 185. AMAZON.COM INC (AMZN) | | None | J | T | | | | | |
| 186. CONSTELLATION BRANDS INC CL A (STZ) | A | Dividend | J | T | Buy | 01/09/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schultz, David T. | 07/24/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 187. LOREAL CO ADR FRANCE ADR DE | | None | J | T | | | | | |
| 188. MICROSOFT CORP (MSFT) | A | Dividend | J | T | | | | | |
| 189. VISA INC CL A (V) | A | Dividend | J | T | | | | | |
| 190. CONSUMER DICRESTIONARY SELECT SECTOR SPDR FUND ETF (XLY) | A | Dividend | J | T | | | | | |
| 191. FINANCIAL SELECT SECTOR SPDR FUND ETF (XLF) | A | Dividend | J | T | | | | | |
| 192. HEALTH CARE SELECT SECTOR SPDR FUND ETF (XLV) | A | Dividend | J | T | | | | | |
| 193. INDUSTRIAL SELECT SECTOR SPDR FUND ETF (XLI) | A | Dividend | J | T | | | | | |
| 194. ISHARES RUSSELL 2000 ETF (IWM) | A | Dividend | J | T | Buy (add'l) | 01/09/19 | J | | |
| 195. VANGUARD TOTAL STOCK MKT ETF (VTI) | A | Dividend | J | T | | | | | |
| 196. VANGUARD S&P 500 ETF (VOO) | A | Dividend | J | T | | | | | |
| 197. VANGUARD FTSE PAC ETF DE (VPL) | A | Dividend | J | T | | | | | |
| 198. HARTFORD SCHRODERS EMERGING MARKETS EQUITY FUND CL I (SEMNX) | A | Dividend | J | T | | | | | |
| 199. ISHARES TIPS BOND ETF (TIP) | A | Dividend | J | T | | | | | |
| 200. PIMCO ENHANCED SHORT MAT ACTIVE EXCHANGE-TRADED FD (MINT) (X) | A | Dividend | J | T | Buy | 08/16/19 | J | | |
| 201. | | | | | Sold (part) | 12/30/19 | J | | |
| 202. SCHWAB US TIPS ETF (SCHP) | A | Dividend | J | T | Buy | 08/02/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 203. ANGEL OAK FINANCIAL INCOME FUND CLASS I (ANFIX) | A | Dividend | J | T | | | | | |
| 204. BNY MELLON GLOBAL FIXED INCOME FUND - CLASS I (SDGIX) | | None | J | T | Buy (add'l) | 01/10/19 | J | | |
| 205. EATON VANCE SHORT DURATION GOVT INC CL I (EILDX) | A | Dividend | J | T | | | | | |
| 206. PGIM TOTAL RETURN BOND CL Z (PDBZX) | A | Dividend | J | T | | | | | |
| 207. PIMCO PREFERRED AND CAPITAL SECURITIES FUND CLASS I2 (PFNNX) | A | Dividend | J | T | | | | | |
| 208. SPDR GOLD SHARES ETF (GLD) | | None | J | T | Buy (add'l) | 12/30/19 | J | | |
| 209. SPDR S&P HEALTH CARE EQUIPMENT ETF (XHE) | | None | | | Sold | 08/05/19 | J | A | |
| 210. VANGUARD DEVELOPED MARKETS INDEX FUND CLASS ADMIRAL (VTMGX) | | None | | | Sold | 08/02/19 | J | A | |
| 211. EV MULTISECTOR INCOME FUND CLASS I (EVBIX) | A | Dividend | | | Sold | 08/16/19 | J | A | |
| 212. BANK OF AMER CORP (BAC) (Y) | | | | | | | | | |
| 213. IRA #7 (H) | | | | | | | | | |
| 214. UBS BANK DEPOSIT ACCOUNT (cash) | A | Interest | K | T | | | | | |
| 215. BLACKROCK ENHANCED CAPITAL & INCOME FUND, INC (CII) | B | Dividend | K | T | Sold (part) | 04/11/19 | J | A | |
| 216. BLACKROCK ENHANCED EQUITY DIVID TR (BDJ) | A | Dividend | J | T | Buy (add'l) | 04/11/19 | J | | |
| 217. CONSUMERS STAPLES SELECT (XLP) | A | Dividend | K | T | Buy | 04/11/19 | K | | |
| 218. ENERGY SELECT SECTOR SPDR FUND ETF (XLE) | A | Dividend | J | T | Buy | 04/11/19 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schultz, David T. | 07/24/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 219. FINANCIAL SELECT SECTOR SPDR FUND ETF (XLF) | A | Dividend | J | T | Buy | 04/11/19 | J | | |
| 220. HEALTH CARE SELECT SECTOR SPDR FUND ETF (XLV) | A | Dividend | K | T | Sold (part) | 04/11/19 | J | B | |
| 221. NUVEEN S&P 500 BUY-WRITE INCOME FUND (BXMX) | B | Dividend | K | T | Sold (part) | 04/11/19 | J | | |
| 222. SPDR S&P DIVIDEND ETF (SDY) | A | Dividend | K | T | Sold (part) | 04/11/19 | J | A | |
| 223. SPDR S&P BIOTECH ETF (XBI) | A | Dividend | J | T | Buy | 04/11/19 | J | | |
| 224. UTILITIES SECTOR SPDR FUND ETF (XLU) | A | Dividend | J | T | Buy | 04/11/19 | J | | |
| 225. VANGUARD SMALL-CAP VALUE ETF (VBR) | A | Dividend | K | T | | | | | |
| 226. BLACKROCK LTD DURATION INCOME TRUST (BLW) | A | Dividend | J | T | Buy (add'l) | 04/11/19 | J | | |
| 227. EATON VANCE LTD DURATION INCOME FUND (EVV) | A | Dividend | J | T | | | | | |
| 228. ISHARES 20+ YEAR TREAS BOND ETF (TLT) | A | Dividend | J | T | Buy | 04/11/19 | J | | |
| 229. NUVEEN PFD SECURITIES INCOME FUND (JPS) | B | Dividend | K | T | Sold (part) | 04/11/19 | J | | |
| 230. PIONEER HIGH INCOME TRUST (PHT) | B | Dividend | K | T | Buy | 04/11/19 | J | | |
| 231. | | | | | Buy (add'l) | 04/12/19 | J | | |
| 232. VANGUARD INTER TERM GOVERNMENT BOND ETF (VGIT) | A | Dividend | K | T | | | | | |
| 233. WESTERN ASSET INVT GRADE DEFINED OPP TR INC (IGI) | B | Dividend | K | T | | | | | |
| 234. WESTERN ASSET HIGH INCOME FUND II INC (HIX) | B | Dividend | K | T | | | | | |
| 235. PIMCO ENHANCED SHORT MAT ACTIVE ETF (MINT) | A | Dividend | | | Buy (add'l) | 01/03/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Schultz, David T.** | 07/24/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 236. | | | | | Sold | 04/11/19 | J | | |
| 237. SPDR S&P INTL DIVIDEND ETF (DWX) | A | Dividend | | | Sold | 04/11/19 | K | | |
| 238. BLACKROCK MUNIYIELD QUALITY FUND (MYI) | A | Dividend | | | Sold | 04/11/19 | J | A | |
| 239. BLACKROCK CREDIT ALLOCATION INCOME TRUST (BTZ) | A | Dividend | | | Sold | 04/11/19 | K | | |
| 240. NUVEEN QUALITY MUNICIPAL INCOME FUND (NAD) | A | Dividend | | | Sold | 04/11/19 | J | | |
| 241. BROKERAGE ACCOUNT #1 (H) | | | | | | | | | |
| 242. UBS CASH FLOW ACCOUNT (cash) | A | Interest | J | T | | | | | |
| 243. BROKERAGE ACCOUNT #2 (H) | | | | | | | | | |
| 244. UBS BANK DEPOSIT ACCOUNT (CASH) (X) | A | Interest | J | T | | | | | |
| 245. VANGUARD REAL ESTATE ETF (VNQ) | A | Dividend | J | T | Buy | 01/03/19 | J | | |
| 246. VANGUARD TOTAL WORLD STK ETF (VT) | A | Dividend | J | T | Buy (add'l) | 02/01/19 | J | | |
| 247. VANGUARD S&P SMALL-CAP 600 ETF (VIOO) | A | Dividend | J | T | Buy | 01/03/19 | J | | |
| 248. PIMCO ENHANCED SHORT MAT ACTIVE EXCHANGE-TRADED FD (MINT) | A | Dividend | J | T | Sold (part) | 02/01/19 | J | | |
| 249. VANGUARD MORTGAGE BACKED SECURITIES ETF (VMBS) | A | Dividend | J | T | | | | | |
| 250. ANGEL OAK MULTI-STRATEGY INCOME FUND CLASS INSTL (ANGIX) | A | Dividend | J | T | Sold (part) | 02/01/19 | J | | |
| 251. PIMCO DIVERSIFIED INCOME FUND (PDVPX) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schultz, David T. | 07/24/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 252. PIMCO LOW DURATION INCOME FUND CLASS I2 (PFTPX) | A | Dividend | J | T | Sold (part) | 02/01/19 | J | A | |
| 253. TEMPLETON GLBAL BOND ADV (TGBAX) | A | Dividend | J | T | | | | | |
| 254. VANGUARD INTERMEDIATE TERM TREASURY FUND ADM (VFIUX) | A | Dividend | K | T | Buy (add'l) | 02/01/19 | J | | |
| 255. VIRTUS MULTI-SECTOR SHORT TERM BOND FUND (PIMSX) | A | Dividend | J | T | | | | | |
| 256. RIVERPARK LONG/SHORT OPPORTUNITY FUND (RLSIX) | B | Dividend | J | T | Sold (part) | 02/01/19 | J | A | |
| 257. SPDR GOLD SHARES ETF DE (GLD) | | None | J | T | | | | | |
| 258. AC ALTERNATIVES INCOME FUND CLASS 1 (ALNIX) | A | Dividend | J | T | Buy | 02/01/19 | J | | |
| 259. AMER FUNDS AMERICAN BALANCED FUND (AMBFX) | A | Dividend | J | T | Sold (part) | 02/01/19 | J | A | |
| 260. PIMCO STOCKPLUS INTL FUND (PIUHX) | | None | | | Sold | 02/01/19 | J | A | |
| 261. LONGBOARD MANAGED FUTURES STRATEGY FUND (WAVIX) | | None | | | Sold | 10/16/19 | J | | |
| 262. BROKERAGE ACCOUNT #3 (H) | | | | | | | | | |
| 263. UBS BANK USA DEP ACCT (cash) | A | Interest | K | T | | | | | |
| 264. BLACKROCK ENHANCED CAP & INCOME STRATEGIES FUND INC (CII) | A | Dividend | J | T | Sold (part) | 04/11/19 | J | A | |
| 265. BLACKROCK ENHANCED EQUITY DIVID TR (BDJ) | A | Dividend | J | T | Buy (add'l) | 04/11/19 | J | | |
| 266. CONSUMERS STAPES SELECT (XLP) | A | Dividend | J | T | Buy | 04/11/19 | J | | |
| 267. ENERGY SELECT SECTOR SPDR FUND ETF (XLE) | A | Dividend | J | T | Buy | 04/11/19 | J | | |
| 268. FINANCIAL SELECT SECTOR SPDR FUND ETF (XLF) | A | Dividend | J | T | Buy | 04/11/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 269. HEALTH CARE SELECT SECTOR SPDR FUND ETF (XLV) | A | Dividend | J | T | Sold (part) | 04/11/19 | J | B | |
| 270. NUVEEN S&P 500 BUY-WRITE INCOME FUND (BXMX) | A | Dividend | K | T | | | | | |
| 271. SPDR S&P DIVIDEND ETF (SDY) | A | Dividend | J | T | | | | | |
| 272. SPDR S&P BIOTECH ETF (XBI) | A | Dividend | J | T | Buy | 04/11/19 | J | | |
| 273. UTILITIES SECTOR SPDR FUND ETF (XLU) | A | Dividend | J | T | Buy | 04/11/19 | J | | |
| 274. | | | | | Buy (add'l) | 04/12/19 | J | | |
| 275. VANGUARD SMALL-CAP VALUE ETF (VBR) | A | Dividend | J | T | | | | | |
| 276. BLACKROCK LTD DURATION INCOME TRUST (BLW) | A | Dividend | J | T | Buy | 04/11/19 | J | | |
| 277. EATON VANCE LTD DURATION INCOME FUND (EVV) | A | Dividend | J | T | | | | | |
| 278. ISHARES 20+ YEAR TREAS BOND ETF (TLT) | A | Dividend | J | T | Buy | 04/11/19 | J | | |
| 279. NUVEEN PFD SECURITIES INCOME FUND (JPS) | A | Dividend | J | T | Sold (part) | 04/11/19 | J | A | |
| 280. PIONEER HIGH INCOME TRUST (PHT) | A | Dividend | J | T | Buy | 04/11/19 | J | | |
| 281. VANGUARD INTER TERM GOVERNMENT BOND ETF (VGIT) | A | Dividend | J | T | | | | | |
| 282. WESTERN ASSET INVT GRADE DEFINED OPP TR INC (IGI) | A | Dividend | K | T | | | | | |
| 283. WESTERN ASSET HIGH INCOME FUND II INC (HIX) | A | Dividend | J | T | | | | | |
| 284. SPDR S&P INTL DIVI F (DWX) | A | Dividend | | | Sold | 04/11/19 | J | A | |
| 285. BLACKROCK MUNIYIELD QUALITY FUND III INC (MYI) | A | Dividend | | | Sold | 04/11/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schultz, David T. | 07/24/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 286.  BLACKROCK CREDIT ALLOCATION INCOME TRUST (BTZ) | A | Dividend | | | Sold | 04/11/19 | J | A | |
| 287.  NUVEEN QUALITY MUNICIPAL INCOME FUND (NAD) | A | Dividend | | | Sold | 04/11/19 | J | A | |
| 288.  PIMCO ENHANCED SHORT MAT ACTIVE ETF (MINT) | A | Dividend | | | Sold | 04/11/19 | J | A | |
| 289.  BROKERAGE ACCOUNT #4 (H) | | | | | | | | | |
| 290.  UBS BANK USA DEP ACCT (cash) | A | Interest | K | T | | | | | |
| 291.  CITIGROUP GLOBAL MARKETS CB-GEARS EEM (06/30/2020) | | None | K | T | | | | | |
| 292.  JPMORGAN CHASE FINANCIAL CB-GEARS SPX | | None | J | T | Buy | 04/25/19 | J | | |
| 293.  CREDIT SUISSE AG (RTY) | | None | K | T | Buy | 04/25/19 | K | | |
| 294.  BARCLAYS BANK PLC CT-GEARS EEM (08/31/2021) | | None | K | T | | | | | |
| 295.  JPMORGAN CHASE FINANCIAL CB-GEARS INTL BASKET | | None | K | T | Buy | 08/28/19 | K | | |
| 296.  UBS AG BUFFERED ROS SPY | | None | | | Redeemed | 03/22/19 | K | D | |
| 297.  UBS AG CB-GEARS SX5E | | None | | | Redeemed | 07/31/19 | K | A | |
| 298.  HSBC USA INC CT-GEARS EEM | | None | | | Redeemed | 09/30/19 | K | C | |
| 299.  BROKERAGE ACCOUNT #5 (H) | | | | | | | | | |
| 300.  UBS BANK USA DEP ACCT (cash) | A | Interest | J | T | | | | | |
| 301.  ACCENTURE PLC IRELAND CL A (ACN) | A | Dividend | J | T | | | | | |
| 302.  ALLERGAN PLC (AGN) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2  Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3  Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Schultz, David T.** | 07/24/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 303. ALPHABET INC CL A (GOOGL) | | None | K | T | | | | | |
| 304. AMERICAN TOWER CORP REIT (AMT) | A | Dividend | J | T | | | | | |
| 305. APPLE INC (AAPL) | A | Dividend | J | T | | | | | |
| 306. BROOKS AUTOMATION INC (BRKS) | A | Dividend | J | T | | | | | |
| 307. CHEVRON CORP (CVX) | A | Dividend | J | T | | | | | |
| 308. COGNEX CORP (CGNX) | A | Dividend | J | T | | | | | |
| 309. EDWARDS LIFESCIENCES CORP (EW) | | None | J | T | | | | | |
| 310. FACEBOOK INC CL A (FB) | | None | J | T | | | | | |
| 311. INTEL CORP (INTC) | A | Dividend | J | T | | | | | |
| 312. INTERCONTINENTAL EXCHANGE GROUP (ICE) | A | Dividend | J | T | | | | | |
| 313. JPMORGAN CHASE & CO (JPM) | A | Dividend | J | T | | | | | |
| 314. LAUDER ESTEE COS CL A DE (EL) | A | Dividend | J | T | | | | | |
| 315. LULULEMON ATHLETICA INC (LULU) | | None | J | T | | | | | |
| 316. MEDTRONIC PLC (MDT) | A | Dividend | J | T | | | | | |
| 317. MICROCHIP TECHNOLOGY INC (MCHP) | A | Dividend | J | T | | | | | |
| 318. MICROSOFT CORP (MSFT) | A | Dividend | K | T | | | | | |
| 319. MONDELEZ INTL INC DE (MDLZ) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schultz, David T. | 07/24/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 320. PALO ALTO NETWORKS INC (PANW) | | None | J | T | | | | | |
| 321. PAYPAL HOLDINGS INC (PYPL) | | None | J | T | | | | | |
| 322. PEPSICO INC (PEP) | A | Dividend | J | T | | | | | |
| 323. PROCTOR & GAMBLE CO (PG) | A | Dividend | J | T | | | | | |
| 324. PULTE GROUP INC DE (PHM) | A | Dividend | J | T | | | | | |
| 325. THERMO FISHER SCIENTIFIC INC (TMO) | A | Dividend | J | T | | | | | |
| 326. VISA INC CL A (V) | A | Dividend | J | T | | | | | |
| 327. WALT DISNEY CO (DIS) | A | Dividend | J | T | | | | | |
| 328. 3M CO (MMM) | A | Dividend | J | T | | | | | |
| 329. ISHARES RUSSELL 2000 GROWTH ETF (IWO) | A | Dividend | J | T | | | | | |
| 330. SPDR S&P AEROSPACE & DEFENSE ETF (XAR) | A | Dividend | J | T | | | | | |
| 331. VANECK VECTORS MORNINGSTAR WIDE MOAT ETF (MOAT) | A | Dividend | K | T | | | | | |
| 332. VANGUARD S&P 500 ETF (VOO) | A | Dividend | J | T | | | | | |
| 333. SCHLUMBERGER LTD NETHERLANDS ANTILLES (SLB) | A | Dividend | | | Sold | 10/09/19 | J | | |
| 334. BROKERAGE ACCOUNT #6 (H) | | | | | | | | | |
| 335. UBS BANK DEPOSIT ACCOUNT (cash) | A | Interest | J | T | | | | | |
| 336. ADOBE SYSTEMS INC (ADBE) | | None | K | T | Buy<br>(add'l) | 01/09/19 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schultz, David T. | 07/24/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 337.  ALPHABET INC CL A (GOOGL) | | None | J | T | Buy (add'l) | 01/09/19 | J | | |
| 338.  ALPHABET INC CL C (GOOG) | | None | J | T | | | | | |
| 339.  AMAZON.COM INC (AMZN) | | None | K | T | Buy (add'l) | 01/09/19 | J | | |
| 340.  CONSTELLATION BRANDS INC CL A (STZ) | A | Dividend | J | T | Buy | 01/09/19 | J | | |
| 341. | | | | | Buy (add'l) | 09/24/19 | J | | |
| 342.  LOREAL CO ADR FRANCE ADR (LRLCY) | | None | J | T | Buy (add'l) | 01/09/19 | J | | |
| 343.  MICROSOFT CORP (MSFT) | A | Dividend | K | T | Buy (add'l) | 01/09/19 | J | | |
| 344. | | | | | Sold (part) | 09/24/19 | J | A | |
| 345.  VISA INC CL A (V) | A | Dividend | K | T | Sold (part) | 01/09/19 | J | A | |
| 346. | | | | | Buy (add'l) | 12/30/19 | J | | |
| 347.  CONSUMER DISCRETIONARY SELECT SECTOR SPDR FUND ETF (XLY) | A | Dividend | J | T | | | | | |
| 348.  FINANCIAL SELECT SECTOR SPDR FUND ETF (XLF) | A | Dividend | J | T | | | | | |
| 349.  HEALTH CARE SELECT SECTOR SPDR FUND ETF (XLV) | A | Dividend | J | T | | | | | |
| 350.  INDUSTRIAL SELECT SECTOR SPDR FUND ETF (XLI) | A | Dividend | J | T | Buy (add'l) | 12/30/19 | J | | |
| 351.  ISHARES RUSSELL 2000 ETF (IWM) | A | Dividend | K | T | Buy (add'l) | 01/09/19 | J | | |
| 352. | | | | | Buy (add'l) | 09/24/19 | J | | |
| 353.  VANGUARD TOTAL STOCK MKT ETF (VTI) | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 354. VANGUARD S&P 500 ETF (VOO) | A | Dividend | K | T | Sold<br>(part) | 01/09/19 | J | | |
| 355. VANGUARD FTSE PAC ETF (VPL) | A | Dividend | J | T | | | | | |
| 356. HARTFORD SCHRODERS EMERGING MARKETS EQUITY FUND CL I (SEMNX) | A | Dividend | J | T | Buy<br>(add'l) | 01/10/19 | J | | |
| 357. ISHARES TIPS BOND ETF (TIP) | A | Dividend | J | T | Sold<br>(part) | 01/09/19 | J | | |
| 358. PIMCO ENHANCED SHORT MAT ACTIVE EXCHANGE-TRADED FD (MINT) | A | Dividend | K | T | Buy | 08/02/19 | J | | |
| 359. | | | | | Buy<br>(add'l) | 08/16/19 | J | | |
| 360. | | | | | Buy<br>(add'l) | 09/24/19 | J | | |
| 361. | | | | | Sold<br>(part) | 12/30/19 | J | | |
| 362. SCHWAB US TIPS ETF (SCHP) | A | Dividend | J | T | Buy | 08/02/19 | J | | |
| 363. ANGEL OAK FINANCIAL INCOME FUND CLASS I (ANFIX) | A | Dividend | J | T | | | | | |
| 364. BNY MELLON GLOBAL FIXED INCOME FUND CLASS I (SDGIX) | | None | K | T | Buy<br>(add'l) | 01/10/19 | J | | |
| 365. EATON VANCE SHORT DURATION GOVT (EILDX) | A | Dividend | K | T | Buy<br>(add'l) | 01/09/19 | J | | |
| 366. | | | | | Buy<br>(add'l) | 09/24/19 | J | | |
| 367. PGIM TOTAL RETURN BOND CL Z (PDBZX) | B | Dividend | K | T | Sold<br>(part) | 01/10/19 | J | | |
| 368. | | | | | Buy<br>(add'l) | 09/24/19 | J | | |
| 369. PIMCO PREFERRED AND CAPITAL SECURITIES FUND CLASS I2 (PFPNX) | A | Dividend | J | T | Buy<br>(add'l) | 01/10/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 370. SPDR GOLD SHARES ETF (GLD) | | None | J | T | Sold<br>(part) | 01/09/19 | J | | |
| 371. BANK OF AMERICA CORP (BAC) | A | Dividend | | | Sold<br>(part) | 08/02/19 | J | | |
| 372. | | | | | Sold | 09/24/19 | J | | |
| 373. SPDR S&P HEALTH CARE EQUIPMENT ETF (XHE) | | None | | | Sold | 08/05/19 | J | A | |
| 374. VANGUARD DEVELOPED MARKETS INDEX ADMIRAL (VTMGX) | | None | | | Sold | 08/02/19 | J | A | |
| 375. EV MULTISECTOR INCOME FUND CLASS I (EVBIX) | A | Dividend | | | Sold | 08/16/19 | J | A | |
| 376. VANGUARD FTSE ALL WORLD (VEU) | | None | | | Sold | 01/09/19 | J | A | |
| 377. BROKERAGE ACCOUNT #7 (H) | | | | | | | | | |
| 378. UBS BANK DEPOSIT ACCT (cash) (Y) | | | | | | | | | |
| 379. ALIBABA GROUP HLDG LTD (BABA) | | None | J | T | | | | | |
| 380. AMAZON.COM (AMZN) | | None | K | T | Sold<br>(part) | 01/28/19 | J | B | |
| 381. | | | | | Buy<br>(add'l) | 10/16/19 | J | | |
| 382. BIOXCEL THERAPEUTICS INC (BTAI) | | None | J | T | Buy | 01/28/19 | J | | |
| 383. BROADCOM LTD (AVGO) | A | Dividend | J | T | | | | | |
| 384. CONAGRA BRANDS INC (CAG) | A | Dividend | J | T | Buy | 01/28/19 | J | | |
| 385. CONSTELLATION BRANDS INC (STZ) | A | Dividend | J | T | Buy<br>(add'l) | 10/16/19 | J | | |
| 386. DANAHER CORP (DHR) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 387.  EXPEDIA INC (EXPE) | A | Dividend | J | T | | | | | |
| 388.  FORTIVE CORP (FTV) | A | Dividend | J | T | Buy (add'l) | 01/28/19 | J | | |
| 389.  IAC INTERACTIVE CORP (IAC) | | None | J | T | | | | | |
| 390.  INTERCONTINENTAL EXCHANGE GROUP (ICE) | A | Dividend | J | T | Sold (part) | 01/28/19 | J | A | |
| 391.  INTUITIVE SURGICAL INC (ISRG) | | None | J | T | Buy (add'l) | 01/28/19 | J | | |
| 392.  KLA-TENCOR (KLAC) | A | Dividend | J | T | Buy (add'l) | 01/28/19 | J | | |
| 393.  MARATHON PETROLEUM CO (MPC) | A | Dividend | J | T | | | | | |
| 394.  NVIDIA CORP (NVDA) | A | Dividend | J | T | | | | | |
| 395.  OLLIE'S BARGAIN OUTLET HOLDI (OLLI) | | None | J | T | Buy | 10/16/19 | J | | |
| 396.  SERVICE CORP INTL (SCI) | A | Dividend | J | T | | | | | |
| 397.  SKYWORKS SOLUTIONS INC (SWKS) | A | Dividend | J | T | Buy | 01/28/19 | J | | |
| 398.  TAKE-TWO INTERACTIVE SOFTWRE (TTWO) | | None | J | T | | | | | |
| 399.  UNITED TECHNOLOGIES (UTX) | A | Dividend | J | T | | | | | |
| 400.  ISHARES RUSSELL 2000 GROWTH (IWO) | A | Dividend | J | T | | | | | |
| 401.  ISHARES US AEROSPACE & DEFENSE (ITA) | A | Dividend | J | T | Sold (part) | 01/28/19 | J | A | |
| 402.  VANECK VECTORS SEMICONDUCTOR ETF (SMH) | A | Dividend | J | T | | | | | |
| 403.  INTERNATIONAL FLAVORS AND FRAGRANCES (IFF) | | None | | | Sold | 01/28/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schultz, David T. | 07/24/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 404. LEAR CORP (LEA) | A | Dividend | | | Sold | 10/16/19 | J | A | |
| 405. PVH CORP (PVH) | | None | | | Sold | 08/05/19 | J | | |
| 406. TJX COS INC (TJX) | | None | | | Sold | 01/28/19 | J | B | |
| 407. ROBO GLOBAL ROBOTICS & AUTOMATION INDEX (ROBO) | | None | | | Sold | 08/05/19 | J | A | |
| 408. VANGUARD TOTAL WORLD STK ETF (VT) | | None | | | Sold | 01/28/19 | J | | |
| 409. EDUCATION ACCOUNT #1 (H) | | | | | | | | | |
| 410. LEGG MASON SCHOLARS CHOICE 529 AGE BASED 10-12 C | | None | M | T | Buy | 06/01/19 | M | | |
| 411. LEGG MASON SCHOLARS CHOICE 529 AGE BASED 7-9 C | | None | | | Sold | 06/01/19 | M | | |
| 412. EDUCATION ACCOUNT #2 (H) | | | | | | | | | |
| 413. LEGG MASON SCHOLARS CHOICE 529 AGE BASED 16-18 C | | None | M | T | Buy | 03/01/19 | M | | |
| 414. LEGG MASON SCHOLARS CHOICE 529 AGE BASED 13-15 C | | None | | | Sold | 03/01/19 | M | | |
| 415. EDUCATION ACCOUNT #3 (H) | | | | | | | | | |
| 416. LEGG MASON SCHOLARS CHOICE 529 AGE BASED 13-15 C (X) | | None | M | T | | | | | |
| 417. LEGG MASON SCHOLARS CHOICE 529 AGE BASED 10-12 C (Y) | | | | | | | | | |
| 418. EDUCATION ACCOUNT #4 (H) | | | | | | | | | |
| 419. COLLEGE AMERICA 529 CAPITAL INCOME BUILDER (CIB A) | A | Dividend | J | T | | | | | |
| 420. COLLEGE AMERICA 529 THE GROWTH FUND OF AMERICA (GFA A) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Schultz, David T.** | 07/24/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 421. COLLEGE AMERICA 529 NEW PERSPECTIVE FUND (NPF A) | A | Dividend | J | T | | | | | |
| 422. EDUCATION ACCOUNT #5 (H) | | | | | | | | | |
| 423. COLLEGE AMERICA 529 CAPITAL INCOME BUILDER (CIB A) | A | Dividend | J | T | | | | | |
| 424. COLLEGE AMERICA 529 THE GROWTH FUND OF AMERICA (GFA A) | A | Dividend | J | T | | | | | |
| 425. COLLEGE AMERICA 529 NEW PERSPECTIVE FUND (NPF A) | A | Dividend | J | T | | | | | |
| 426. EDUCATION ACCOUNT #6 (H) | | | | | | | | | |
| 427. COLLEGE AMERICA 529 CAPITAL INCOME BUILDER (CIB A) | A | Dividend | J | T | | | | | |
| 428. COLLEGE AMERICA 529 THE GROWTH FUND OF AMERICA (GFA A) | A | Dividend | J | T | | | | | |
| 429. COLLEGE AMERICA 529 NEW PERSPECTIVE FUND (NPF A) | A | Dividend | J | T | | | | | |
| 430. RETIREMENT SAVINGS PLAN #1 (H) | | | | | | | | | |
| 431. MASLON CASH BALANCE PENSION PLAN (NO CONTROL) | D | Interest | N | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, line 4: The reportable underlying asset is an investment property in Yankton, SD.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

ANGEL OAK FINANCIAL INCOME FUND CLASS I (ANFIX) was ANGEL OAK FLEXIBLE INCOME FUND CLASS I (ANFIX).

TRUIST FINL CORP (TFC) was SUNTRUST BANKS INC (STI).

BNY MELLON GLOBAL FIXED INCOME FUND - CLASS I (SDGIX) was DREYFUS/STANDISH GLOBAL FIXED INCOME FUND CLASS I (SDGIC).

PGIM TOTAL RETURN BOND CL Z (PDBZX) was PRUDENTIAL TOTAL RETURN BOND FUND CLASS Z (PDBZX).

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ David T. Schultz**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544